UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GEORGE E. ROLLINS,<br><br>    Plaintiff,<br><br>v.<br><br>BEHROOZ ABDI, et al.,<br><br>    Defendants. | Case No.  5:15-cv-00184-EJD<br><br>**ORDER DIRECTING PLAINTIFF TO FILE ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED** |

Since Plaintiff has identified that the instant action is related to three other cases currently pending in this district, namely Karr v. Abdi, Case No. 5:15-cv-00200-NC; McMillan v. InvenSense, Inc., Case No. 3:15-cv-00084-JD; and Lendales v. InvenSense, Inc., Case No. 3:15-cv-00142-VC; the court orders Plaintiff to file in Case No. 3:15-cv-00085-JD an administrative motion to consider whether this and the other three named cases should be related pursuant to Civil Local Rule 3-12(b).  The motion shall be filed on or before **March 6, 2015.**

**IT IS SO ORDERED.**

Dated: March 3, 2015

                                                    EDWARD J. DAVILA
                                                  United States District Judge

1

Case No.: 5:15-cv-00184-EJD
ORDER DIRECTING PLAINTIFF TO FILE ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED