JOHNSON & WEAVER, LLP
FRANK J. JOHNSON (SBN 174882)
frankj@johnsonandweaver.com
600 West Broadway, Suite 1540
San Diego, CA 92101
Telephone: (619) 230-0063
Facsimile:  (619) 255-1856

*Attorney for Plaintiffs George E. Rollins and Linda Karr*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| IN RE INVENSENSE, INC. DERIVATIVE LITIGATION,<br><br>This Document Relates To:<br><br>ALL ACTIONS. | Lead Case No.: 3:15-cv-00184-JD<br><br>(Derivative Action)<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)** |
|---|---|

1  The parties to the above entitled consolidated action, through their respective counsel,
2  state as follows:

3  WHEREAS, on January 13, 2015 and January 14, 2015, two stockholder derivative
4  actions were filed in this Court, *Rollins v. Abdi et al.*, Case No. 15-cv-00184-JD ("*Rollins*
5  Action"); and *Karr v. Abdi et al.*, Case No. 15-cv-00200-JD ("*Karr* Action"), on behalf of
6  InvenSense, Inc. ("InvenSense");

7  WHEREAS, the *Rollins* Action and the *Karr* Action allege breaches of fiduciary
8  duties, unjust enrichment, corporate waste, and breach of fiduciary duty for inside selling and
9  misappropriation of information against certain current and former officers and directors of
10 InvenSense;

11 WHEREAS, on August 24, 2015, the Court entered an order, *inter alia*, consolidating
12 the *Rollins* Action and the *Karr* Action (hereinafter, the "Consolidated Derivative Action"),
13 closing the *Karr* action for administrative purposes, and staying the Consolidated Derivative
14 Action until the earlier occurrence of plaintiffs or defendants unilaterally terminating the stay
15 on thirty days' notice or an order by the Court terminating the stay (*see* Docket 24);

16 WHEREAS, the Consolidated Derivative Action remains stayed;

17 WHEREAS, defendants have neither answered the complaint nor moved for summary
18 judgment;

19 WHEREAS, on or about December 21, 2016, InvenSense announced that it was being
20 acquired by TDK Corporation for $13.00 per share;

21 WHEREAS, following careful consideration, plaintiffs have elected to voluntarily
22 dismiss the Consolidated Derivative Action without prejudice.  Counsel for plaintiffs and
23 defendants have met and conferred concerning this action, and agree that all parties will bear
24 their own costs and fees upon plaintiffs' voluntary dismissal of this action without prejudice.
25 No payment has been made, nor will one be made, to plaintiffs or their attorneys for this
26 dismissal; and

27
28

-1-
NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE
PURSUANT TO FED. R. CIV. P. 41(a); Case No. 3:15-cv-00184-JD

WHEREAS, under Federal Rule of Civil of Procedure 41(a)(1)(A)(i), plaintiffs are entitled to dismiss this action by filing "a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment . . . ."

THEREFORE, plaintiffs, through his undersigned counsel, hereby dismisses this action without prejudice, with all parties to bear their own costs and fees.

Dated: March 9, 2017

JOHNSON & WEAVER, LLP

By: *s/Frank J. Johnson*
   FRANK J. JOHNSON

   600 West Broadway, Suite 1540
   San Diego, CA 92101
   Telephone: (619) 230-0063
   Facsimile: (619) 255-1856
   frankj@johnsonandweaver.com

   *Attorney for Plaintiffs George E. Rollins and Linda Karr*